IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| B.P.C, : | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO.: |
| v. | : | |
| | : | 13-7595 |
| TEMPLE UNIVERSITY, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 15th day of September, 2014, after a careful review of all pleadings, the extensive record, the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski dated August 27, 2014 (Dkt. No. 35) , and no objections being filed thereto, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is Approved and Adopted.

2. Plaintiff's Motion for a Preliminary Injunction (Dkt. No. 18) is DENIED.

BY THE COURT:

/s/ C. Darnell Jones, II

**C. Darnell Jones  II,        J.**